Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of extractors and parts thereof the same in all material respects as those the subject of *General Chain & Belt Co.* v. *United States* (40 Cust. Ct. 5, C.D. 1948), the claim of the plaintiff was sustained.

No. 63660.—General Chain & Belt Co. *v.* United States, protests 58/14982, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of extractors and parts thereof the same in all material respects as those the subject of *General Chain & Belt Co.* v. *United States* (40 Cust. Ct. 5, C.D. 1948), the claim of the plaintiff was sustained.

No. 63661.—Mining Progress, Inc. *v.* United States, protests 58/20276 and 58/24630(B) (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of articles essential to the operation of a Lobbe Hobel, a continuous mining machine, similar to those the subject of *Judson Sheldon Division National Carloading Corp. et al.* v. *United States* (42 Cust. Ct. 19, C.D. 2061), the claim of the plaintiff was sustained.

No. 63662.—Bruce Duncan, a/c Bakersfield Seed Service Co. *v.* United States, protest 303738-K (Los Angeles).

Opinion by LAWRENCE, J. The protest was dismissed.

No. 63663.—Alfred Mainzer, Inc., and Alltransport, Inc., et al. *v.* United States, protests 58/8731, etc. (New York).